# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

September 30, 2016

UNITED CREDIT RECOVERY
PO BOX 953245
LAKE MARY, FL 32795

**FIRST NOTICE**

Chapter 13 Case No.: 11-48010-WJL13
Re: Elpidio Gomez Mendoza & Teresa Montelongo Mendoza

We received a notification that the address for claim# 11 filed by UNITED CREDIT RECOVERY, is no longer valid or has changed. Disbursement checks sent to the address above are not being cashed. A Notice of Change of Address or Transfer of Claim needs to be filed with court before the address can be updated.

We have no authority to send payments to a different address, or send payments to a non-creditor absent a court order. Any change of address or transfer of claim **MUST** be filed with the Bankruptcy Court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca 94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim. When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

David A Arietta Atty, 700 Ygnacio Valley Rd #150, Walnut Creek, CA  94596

Elpidio Gomez Mendoza & Teresa Montelongo Mendoza, 783 Summertree Drive, Livermore, CA  94551

United Credit Recovery, Po Box 953245, Lake Mary, FL  32795

DILKS & KNOPIK LLC , 35308 SE CENTER ST , SNOQUALMIE WA 98065