UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Teresa M Mendoza

Case No: 11-48010-WJL

Debtor(s)

## NOTICE OF CHANGE OF MAILING ADDRESS

The Brian J Dilks, Managing Member of Dilks & Knopik, LLC as attorney in fact to United Credit Recovery, LLC, hereby notifies the Court and the Trustee of their new mailing address:

> United Credit Recovery, LLC
> c/o Dilks & Knopik, LLC
> 35308 SE Center Street
> Snoqualmie, WA 98065

Dated: November 10, 2016

Brian J. Dilks – Attorney in Fact to
United Credit Recovery, LLC
35308 SE Center St, Snoqualmie WA 98065-9216
(425) 836-5728

1

## AUTHORITY TO ACT
### Limited Power of Attorney
### Limited to one Transaction

1. United Credit Recovery, LLC, ("CLIENT"), appoints Dilks & Knopik, LLC ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to ANY outstanding bankruptcy funds owing to United Credit Recovery, LLC as a creditor in various bankruptcy cases. Including the right to collect on CLIENT's behalf any such funds that are held by the US Bankruptcy court or Case Trustee.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain any funds held by the US Bankruptcy court or Case Trustee. This limited authority includes the right to receive all communications from the US Bankruptcy court or Case Trustee and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its service agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____     10/26/2016_____, 2016
Leonard Potillo - Manager           Date

## ACKNOWLEDGMENT

STATE OF Florida )
COUNTY OF Escambia )

On this 26th day of Oct, 2016, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Leonard Potillo known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal. Kari Mulcahey

NOTARY PUBLIC Kari L. Mulcahey

Residing at 8005 Coronet Cir, Pensacola FL 32514

My Commission expires Sept 22, 2018

> KARI L. MULCAHEY
> Notary Public - State of Florida
> My Comm. Expires Sep 22, 2018
> Commission # FF 130905
> Bonded Through National Notary Assn.